Name: Jessica Martinez

Address: 1200 S. Union Ave

#714 Los Angeles CA 90015

Phone: (626) 484 9916

Fax: Martinezzo12@gmail.com

In Pro Per

Related DDJ

FILED
CLERK, U.S. DISTRICT COURT

JUN 2 8 2024

CENTRAL DISTRICT OF CALIFORNIA
BY ___ASH___ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Jessica Martinez

Plaintiff

v.

Los Angeles Police Department

Los Angeles Housing Autority

Defendant(s).

CASE NUMBER: 2:24CV5532-WDK-JDE

Complaint

( Enter document title in the space provided above)

I bring this Case to the
United District Court Central
District On Los Angeles California
because my Family And i We been
target From Differents Agencies
Jovermental and No Jovermental
Our Human and Civil Rigths
Are been Violate the LAPD
Officers And Employees Employees
From diferents Agencies Make
Sure We Not Allowed to get Housing

*Page Number*

1

On June 24 around 8:45 PM I was getting outside of 1211 W 64th St Los Angeles when Rowena Robinson Aproch to me and give me a Documents from Court I Resibi and was a Restraining order Against to me with out heard my Evidence I was Not Awere that was have Court because they Not Serve he Documents in the way they Supposed to Do And earlier one of the LAPD officers was comming and talk to me with Sarcarsm Asked me if I Not have moved yeat but he was there to Cover all the human traffiking is going on on that community the Following Residences Are involved in Human traffiking, Force Labor, Intimidation, Extertion Animal Cruelty, Child Poinography, Child Abuse Sexual Abuse, Force Labor brivery, 1207, 1204, 1208, 1212, 1214, 1220, 1221, 1223, 1217, 1211½ 1213½, 1213, 1213¾ 1225, 1227, all those # Are on 64th St LOS Angeles, California 90044 And Most of the LAPD officers From 77 Station Are Involved and they

2

protected the perpetrators this is sound like Rico case Racketeer Influence and corrup Organice crime today 6/28/24 I come to Downintonw Women center On 442 S. San Pedro St Los Angeles C,A 90013 and I take a shower and starter a couple weeks the Lady who working On the shower starter Acting Different telling me that I have to bring my onw clothes but she only telling me and my mother in law but today she give me clothes like for 5 years old girl I seem she was stop to much around me like all the perpetraters today After I get out From Shower In the Loby they was have coffe and bread And I call my Mather in laws to go inside and get some and i put my phone on the bag with my belongings And we come to the Parking Lot And the Phone Disappear Against is the 3 time the phone is stolen In similar sircunstances

3

I Ask my Case Manager Mario Portillo
If he Was Not Seem my Phone he
Was Acting Weir And he Come outside
because I Asked him and weird that
When he was Next to me a Phone
Like my was Ringing he get nervios
that happen Approximate at 11:35 a:m he
said was he's Phone but was Not true
I'm sure was my And I have Different
Sand For the Messeges And was a message
Come true but Also I Reported to this Place
All the Crimes we going true and thos
Put Others in Shelter but US but In
the Data Base Is Said i already on
Shelter On June 24 a People From
1207 W 64th st Said they going to do
After we Leave and that day I was going
to Church and I Leave at 6:30 PM My
Mother in Law go to Pick me up
At 8:45 and we get back at 9:15

4

her and My HIV Medication was Dissappear
For 3 time in this Month We Make
a Police Report On the June 25 the
guy On 120+ W 64th St Come to Where
We Stay and Kiking My Dog Cases
And hurt My Mother in Law and My
Dogs but On the 24 I Forget to Mention
that the Son OF that COUPle was
Make Fun On US When We Found that
Our Meds was Disappear he Pull hes
Pants And boxer donw Like saying
you guys Loose your time On the June
26 I Not go there because the Restraining
Order and My Mother in Law Said all
the Property Was damage because they
trow Water inside Our Property
On the 27 OF June Some One Cut Our
Campain house with a Nife and PUPU
On Our Property And LAPD Dont
Want to investigate this is to much

5

I go to 77 Division And they Also Denied to take the Report, but when I was there 4 Officer bring one guy Use Force on him And I think they Use that guy to intimidate me the Supervisor Sargent Gonzales try to make me Sing Documents Where I was Saying tha I was Not take any Legal Action Against the LAPD Officer this is to much My Constitutional Rigths is been Violate, My First Amendment, 4. and 5 amendment because I Never have the Rigth to Investigate, the Rigth to be heard the Officer Detained, Arrested and Also try to Search My Residence With Out Court order

6

And thats why the organization
Don't Provide me with the Resources
I'm a Survivor of Domestic Violence
Human traffiking, Forced Labor my
two Family member Dana and Hilario
been enforced to disappear Please
I Need Protection For me and
my Family because Some one Obtructed
me to get to the Justice thats why
they Stolen all my DiVices
thank you
Junica martin                6/28/24

7