JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA M. MARTINEZ,<br><br>Plaintiff,<br><br>v.<br><br>LOS ANGELES POLICE DEPARTMENT, et al.,<br><br>Defendants. | Case No. CV 24-05532-WDK (JDE)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge, IT IS ADJUDGED that this action is **DISMISSED** with prejudice.

IT IS SO ORDERED.

Dated: October 17, 2024

WILLIAM D. KELLER
United States District Judge